IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LESTER ALLGARY,

       Plaintiff,

           vs.

BILL LEEPER, as Sheriff, Nassau
County, Florida, in his official
Capacity, and KYLE THOLL,
Former Nassau County Deputy
Sheriff, in his individual capacity,

       Defendants.

Case No.: 3:20-cv-00204-MMH-JBT

---

## **ANSWER AND DEFENSES OF KYLE THOLL**

DEFENDANT KYLE THOLL (hereinafter "Defendant") answers Plaintiff's

Complaint and assert defenses as follows:

## **DEFENSES**

1. Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure,

   Plaintiff has failed to state a claim upon which it may be determined

   that relief may be granted.

2. Any alleged acts of Defendant claimed to be in violation of Mr. Tholl's

   constitutional rights were acts of negligence insufficient to create

   liability under 42 U.S.C. § 1983.

3. Defendant had probable cause to arrest Plaintiff.

4.  Defendant did not violate any clearly established right of Plaintiff.

5.  The alleged acts of Defendant are privileged under the doctrine of qualified immunity.

## ANSWERS TO SPECIFIC ALLEGATIONS

1. Denied.

2. Denied.

3. Denied.

4. Incidents material to this action occurred in Nassau County, Florida. Defendant no longer resides in Nassau County, Florida and did not reside in Nassau County, Florida when this action was commenced. Defendant is without sufficient information or knowledge to form a belief about the truth of the remaining allegations contained in ¶ 4.

5. Defendant is without sufficient information or knowledge to form a belief about the truth of the allegations contained in ¶5.

6. Admitted.

7. Admitted.

8. Defendant's traffic stop of Plaintiff on or about October 17, 2017 was constitutional and justified. Otherwise, Defendant denies or is without sufficient information or knowledge to form a belief about the truth of the allegations contained in ¶8.

9. Defendant is without sufficient information or knowledge to form a belief about the truth of the allegations contained in ¶9.

10. Defendant is without sufficient information or knowledge to form a belief about the truth of the allegations contained in ¶10.

11. Denied.

12. Denied.

13. Defendant had reasonable suspicion to believe Plaintiff was transporting illegal drugs. Otherwise, the allegations contained in ¶13 are denied.

14. Admitted.

15. Admitted.

16. Defendant discovered a firearm in Plaintiff's vehicle. Otherwise, the allegations contained in ¶16 are denied, or Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the allegations contained in ¶16.

17. Denied.

18. Defendant discovered a firearm in Plaintiff's vehicle.

19. Denied. Otherwise, the allegations contained in ¶19 are denied.

20. Denied.

21. Denied.

22. Admitted.

23. Denied.

24. Denied.

25. Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the allegations contained in ¶25.

26. Denied.

27. Denied.

28. The many allegations contained in ¶28 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

29. The many allegations contained in ¶29 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

30. The many allegations contained in ¶30 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

31. Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the allegations contained in ¶31.

32. The many allegations contained in ¶32 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

33. The many allegations contained in ¶33 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

34. The many allegations contained in ¶34 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

35. The many allegations contained in ¶35 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

36. The many allegations contained in ¶36 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

37. The many allegations contained in ¶37 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

38. The allegations contained in ¶38 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

39. The many allegations contained in ¶39 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

40. The many allegations contained in ¶40 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

41. The allegations contained in ¶41 are either denied or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

42. The many allegations contained in ¶42 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

43. Denied.

44. The many allegations contained in ¶44 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

45. The many allegations contained in ¶45 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

46. Defendant makes no statement as to re-allegations of Plaintiff except to repeat his specific answers, above.

47. Denied.

48. The many allegations contained in ¶48 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

49. Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the allegations contained in ¶49.

50. Defendant makes no statement as to re-allegations of Plaintiff except to repeat his specific answers, above.

51. The many allegations contained in ¶51 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

52. The many allegations contained in ¶52 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

53. Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the allegations contained in ¶53.

54. The many allegations contained in ¶54 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

55. The many allegations contained in ¶55 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

56. The many allegations contained in ¶56 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

57. The many allegations contained in ¶57 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

58. The many allegations contained in ¶58 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

59. The many allegations contained in ¶59 are either denied, or Defendant lacks sufficient information or knowledge to form a belief about their truth or falsity.

60. Defendant lacks sufficient information or knowledge to form a belief about the truth or falsity of the allegations contained in ¶60.

Defendant Kyle Tholl respectfully requests this Honorable Court to issue an order dismissing the Plaintiff's Complaint against him and awarding Mr. Tholl costs.

Date: January 19, 2021

Respectfully submitted,

s/ *Constance Cooper*

Constance Cooper, Esq.
Trial Attorney
Ga. Bar #469041
Admitted *pro hac vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
ccooper@lowtherwalker.com
O 404.496.4052 | M 912.650.3973
http://www.lowtherwalker.com

s/ *Murdoch Walker*

Murdoch Walker, II, Esq.
Ga. Bar # 163417
Admitted *pro hac vice*
Lowther | Walker LLC
101 Marietta Street, NW, Ste. 3325
Atlanta, GA 30303
mwalker@lowtherwalker.com
O 404.496.4052 | F 866.380.1782
http://www.lowtherwalker.com

Katryna Lyn Spearman, Esq.

Ga. Bar # 616038
*Admitted pro hac vice*
Attorney for Kyle Tholl
Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, GA 30303
kspearman@lowtherwalker.com
O 404.496.4052 | M 936.537.3914
http://www.lowtherwalker.com

s/ *David Hass*

David Haas, Esq.
Fl. Bar # 0494674
Haas Law, PLLC
201 S. Orange Avenue, Ste. 1017

Orlando, FL 32801
O 407.755.7675
david@haaslawpllc.com
http://www.haaslawpllc.com

**Attorneys for Kyle Tholl**

## CERTIFICATE OF SERVICE

I certify that on January 19, 2021, I electronically filed the foregoing ANSWER AND DEFENSES OF DEFENDANT KYLE THOLL with the Clerk of the United States District Court for the Middle District of Florida by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: January 19, 2021

Respectfully submitted,

s/ *Constance Cooper*
Constance Cooper, Esq.
Trial Attorney
Ga. Bar #469041
Admitted *pro hac vice*
Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
ccooper@lowtherwalker.com
O 404.496.4052 | M 912.650.3973
http://www.lowtherwalker.com

s/ *Murdoch Walker*
Murdoch Walker, II, Esq.
Ga. Bar # 163417
Admitted *pro hac vice*
Lowther | Walker LLC
101 Marietta Street, NW, Ste. 3325
Atlanta, GA 30303
mwalker@lowtherwalker.com
O 404.496.4052 | F 866.380.1782
http://www.lowtherwalker.com

Katryna Lyn Spearman, Esq.
Ga. Bar # 616038

Attorney for Kyle Tholl
Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, GA 30303
kspearman@lowtherwalker.com
O 404.496.4052 | M 936.537.3914
http://www.lowtherwalker.com

*s/ David Hass*

David Haas, Esq.
Fl. Bar # 0494674
Haas Law, PLLC
201 S. Orange Avenue, Ste. 1017
Orlando, FL 32801
O 407.755.7675
david@haaslawpllc.com
http://www.haaslawpllc.com

**Attorneys for Kyle Tholl**