```
                         IN THE
              UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF FLORIDA
                   JACKSONVILLE DIVISION
```

**LESTER ALLGARY**,

          Plaintiff,

Case No.: 3-20-CV-204-J-34JBT

vs.

**BILL LEEPER**, as SHERIFF,
NASSAU COUNTY, FLORIDA,
in his official capacity, and
**KYLE THOLL**, Former Nassau
County Deputy Sheriff,
in his individual capacity,

          Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AS TO DEFENDANT BILL LEEPER, AS SHERIFF, NASSAU COUNTY, FLORIDA, ONLY

Plaintiff, Lester Allgary, by and through the undersigned counsel, comes now and hereby gives notice, in accordance with the Local Rules for the Middle District of Florida, that this action has been settled as to Defendant, Bill Leeper, as Sheriff, Nassau County, Florida, <u>only</u>.  The case <u>remains pending</u> as to Defendant, Kyle Tholl.  Plaintiff and Defendant Leeper will reduce their understanding to writing and, upon such, Plaintiff will seek to dismiss this action against Defendant Leeper with prejudice.

Respectfully submitted.

**ALL FLORIDA JUSTICE, LLC.**

*/s/ Donald E. Pinaud, Jr./*

_____
**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.om
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed this pleading with the Court's Electronic Filing / CMC / ECF System on this 19 day of October, 2021, and that such system will send electronic copies of this pleading via email to all registered parties on this day.  To the best of my knowledge there are no parties that require service by U.S. Mail.

**ALL FLORIDA JUSTICE, LLC.**

*/s/ Donald E. Pinaud, Jr./*

**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.om
Attorneys for Plaintiff