```
                           IN THE
                UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF FLORIDA
                     JACKSONVILLE DIVISION
```

**LESTER ALLGARY**,
                                                          Case No.: 3-20-CV-204-J-34JBT
      Plaintiff,

vs.

**BILL LEEPER**, as SHERIFF,
NASSAU COUNTY, FLORIDA,
in his official capacity, and
**KYLE THOLL**, Former Nassau
County Deputy Sheriff,
in his individual capacity,

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AS TO DEFENDANT KYLE THOLL

    Plaintiff, Lester Allgary, by and through the undersigned counsel, comes now and hereby gives notice, in accordance with the Local Rules for the Middle District of Florida, that this action has been settled as to Defendant, Kyle Tholl, subject only to the need to finalize the settlement documents. Previously, this matter was settled as to Defendant Bill Leeper, as Sheriff, Nassau County, Florida, and the Court so noticed.  As such, this settlement with Defendant Tholl now will end the litigation entirely.

    The parties ask for 45 days to perfect the settlement and request the Court to then dismiss this case with prejudice as to Defendant Kyle Tholl.

Respectfully submitted.

                                    **ALL FLORIDA JUSTICE, LLC.**

                                    _____
                                    **DONALD E. PINAUD, JR.**
                                    Florida Bar No. 111694
                                    Trial Counsel
                                    4530 St. Johns Avenue
                                    Suite 15-202
                                    Jacksonville, Florida 32210
                                    (904)552-5500
                                    don@AllFloridaJustice.om
                                    Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed this pleading with the Court's Electronic Filing / CMC / ECF System on this 20 day of December, 2021, and that such system will send electronic copies of this pleading via email to all registered parties on this day.  To the best of my knowledge there are no parties that require service by U.S. Mail.

**ALL FLORIDA JUSTICE, LLC.**

**DONALD E. PINAUD, JR.**
Florida Bar No. 111694
Trial Counsel
4530 St. Johns Avenue
Suite 15-202
Jacksonville, Florida 32210
(904)552-5500
don@AllFloridaJustice.om
Attorneys for Plaintiff