IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.:   3:20-cv-00204-MMH-JBT

LESTER ALLGARY,

   Plaintiff,

vs.

BILL LEEPER, as Sheriff, Nassau County,
Florida, in his official capacity, and
KYLE THOLL, former Nassau County
Deputy Sheriff, in his individual
Capacity,

   Defendants.
_____/

## UNOPPOSED MOTION TO EXTEND DEADLINE FOR THE FILING OF A JOINT STIPULATION OF DISMISSAL

COMES NOW the Defendant BILL LEEPER, as Sheriff of Nassau County, Florida, by and through his undersigned attorney and moves this Honorable Court for the entry of an order extending the deadline for filing of the Joint Stipulation of Dismissal and as grounds therefore would show the Court as follows:

1. The Plaintiff and Defendant, Sheriff Leeper, have entered into a settlement agreement. The Plaintiff recently provided the executed General Release and the parties are in the process of exchanging the settlement check.  The Court previously ordered (Doc. 57) the Plaintiff and Defendant Leeper had until December 20, 2021 to file for a Joint Stipulation of Dismissal or other appropriate document to close out the claims raised against Leeper.  Due to an unexpected delay in the finalization of the settlement documents, the Plaintiff and Defendant are requesting the deadline be extended an additional thirty (30) days or until January 20, 2021.

2. Counsel for the Plaintiff, Lester Allgary, does not oppose this motion or extending the deadline.

WHEREFORE, Defendant, Bill Leeper, as Sheriff of Nassau County, Florida, requests an extension of time as set forth above.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2021, a true copy hereof has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to Plaintiff's counsel, **Donald E. Pinaud, Jr., Esquire**, All Florida Justice, LLC., 4495-304 Roosevelt Boulevard, Suite 202, Jacksonville, FL 32210; and Co-Defendant Tholl's counsel, **Paul Shorstein, Esquire**, Shorstein, Lasnetski and Gihon, 6550 St. Augustine Road, Suite 303, Jacksonville, FL 32217, **Katryna Lyn Spearman, Esquire**, Lowther Walker, LLC, 101 Marietta Street, NW, Suite 3325, Atlanta, GA 30303, and **David Haas, Esquire**, Haas Law, PLLC, 201 South Orange Avenue, Suite 1017, Orlando, Florida 32801.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire
Fla. Bar No. 1010249
Hilyard, Bogan & Palmer, P.A.
Post Office Box 4973
Orlando, FL 32802-4973
Telephone: 407-425-4251
Facsimile:  407-841-8431
Email: bbogan@hilyardlawfirm.com
       djadon@hilyardlawfirm.com
Attorneys for Defendant, Bill Leeper, as Sheriff of Nassau County, Florida