# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LESTER ALLGARY,

    Plaintiff,

v.                          Case No.   3:20-cv-204-MMH-JBT

BILL LEEPER, as Sheriff, Nassau County, Florida, in his official capacity, and KYLE THOLL, former Nassau County Deputy Sheriff, in his individual capacity,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Notice of Settlement as to Defendant Kyle Tholl (Dkt. No. 60; Notice) filed on December 20, 2021. In the Notice, Plaintiff advises the Court that the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The parties shall have until **February 22, 2022**, to file a joint stipulation of dismissal or other appropriate documents to close out this file.

2. If the parties have not filed settlement pleadings or a request for additional time by the **February 22, 2022**, deadline, this case will automatically be deemed to be dismissed without prejudice.

3. The final pretrial conference scheduled for April 18, 2022, is cancelled, and this case is removed from the May 2022, trial term.

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of December, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record