IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
CASE NO.:  3:20-cv-00204-MMH-JBT

LESTER ALLGARY,

  Plaintiff,

vs.

BILL LEEPER, as Sheriff, Nassau County,
Florida, in his official capacity, and
KYLE THOLL, former Nassau County
Deputy Sheriff, in his individual
Capacity,

  Defendants.
_____/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**
(As to Defendant Bill Leeper, as Sheriff of Nassau County ONLY)

COMES NOW Plaintiff, LESTER ALLGARY, and Defendant, BILL LEEPER, as Sheriff of Nassau County, Florida, in his official capacity, by and through their undersigned attorneys, and show unto the Court that this cause has been amicably settled, and the Plaintiff and Defendant now move the Court for an Order of Dismissal, dismissing this cause with prejudice,

each party to bear his own attorney's fees and costs.

| | |
|---|---|
| /s/ Don Pinaud\_\_\_\_\_ | /s/ Bruce R. Bogan |
| Don Pinaud, Esquire | Bruce R. Bogan, Esquire |
| Florida Bar No. 111694 | Florida Bar No. 599565 |
| All Florida Justice, LLC | Hilyard, Bogan & Palmer, P.A. |
| 4495-304 Roosevelt Blvd., Suite 202 | Post Office Box 4973 |
| Jacksonville, FL 32210 | Orlando, FL 32802-4973 |
| Telephone: 904-552-5500 | Telephone: 407-425-4251 |
| Facsimile: 904-398-1568 | Facsimile: 407-841-8431 |
| Email: Don@AllFloridaJustice.com | Email: bogan@hilyardlawfirm.com |
| Attorney for Plaintiff, Allgary | Attorney for Defendant, Leeper |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of February 2022, a true copy hereof has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notice of electronic filing to Defendant Tholl's counsel, **Paul Shorstein, Esquire**, Shorstein, Lasnetski and Gihon, 6550 St. Augustine Road, Suite 303, Jacksonville, FL 32217, **Katryna Lyn Spearman, Esquire**, Lowther Walker, LLC, 101 Marietta Street, NW, Suite 3325, Atlanta, GA 30303, and **David Haas, Esquire**, Haas Law, PLLC, 201 South Orange Avenue, Suite 1017, Orlando, Florida 32801.

/s/ Bruce R. Bogan
Bruce R. Bogan, Esquire
Fla. Bar No. 599565
David R. Jadon, Esquire

        Fla. Bar No. 1010249
        Hilyard, Bogan & Palmer, P.A.
        Post Office Box 4973
        Orlando, FL 32802-4973
        Telephone: 407-425-4251
        Facsimile:  407-841-8431
        Email: bbogan@hilyardlawfirm.com
           djadon@hilyardlawfirm.com
        Attorneys for Defendant, Bill Leeper, as
        Sheriff of Nassau County, Florida