# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

LESTER ALLGARY,

    Plaintiff,

v.                                     Case No. 3:20-cv-204-MMH-JBT

BILL LEEPER, as Sheriff, Nassau County, Florida, in his official capacity, and KYLE THOLL, former Nassau County Deputy Sheriff, in his individual capacity,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on the Joint Stipulation for Dismissal With Prejudice (As to Defendant Bill Leeper, as Sheriff of Nassau County ONLY) (Dkt. No. 64; Stipulation) filed on February 15, 2022. In the Stipulation, the parties request dismissal, with prejudice, of the claims raised by Plaintiff against Defendant Bill Leeper, as Sheriff of Nassau County, Florida, in his official capacity. See Stipulation at 1. Accordingly, it is hereby

**ORDERED:**

1. The claims raised by Plaintiff against Defendant Bill Leeper, as Sheriff of Nassau County, Florida, in his official capacity are **DISMISSED with prejudice**.

2. Each party shall bear his own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate this Defendant from the Court docket.

**DONE AND ORDERED** in Jacksonville, Florida this 16th day of February, 2022.

*[signature]*

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record