# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| LESTER ALLGARY | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:20-CV-00204-MMH-JBT |
| | ) | |
| KYLE THOLL | ) | |
|    Defendant. | ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUSTICE
(As to Defendant Kyle Tholl, only)

COMES NOW Plaintiff, Mr. LESTER ALLGARY, and Defendant, Mr. KYLE THOLL, by and through undersigned attorneys, show unto the Court that this cause has been amicably settleeld and the Plaintiff, Mr. Allgary, and Defendant, Mr. Tholl, now move the Court for an order of Dismissal, dismissing this cause with prejudice, each party is to bear his own attorney's fees.

Date:            February 22, 2022

                    Respectfully submitted,

                    ***s/ Murdoch Walker II, Esq.***
                    Murdoch Walker, II. Esq.
                    Ga. Bar No. 163417
                    mwalker@lowtherwalker.com

                    ***s/ Katryna Lyn Spearman, Esq.***
                    Katryna Lyn Spearman, Esq.
                    Ga. Bar # 616038
                    kspearman@lowtherwalker.com

                    Lowther | Walker LLC
                    101 Marietta St., NW, Ste. 3325
                    Atlanta, GA 30303
                    404.496.4052
                    www.lowtherwalker.com

                    Attorneys for Kyle Tholl

                    ***s/ Donald E. Pinaud, Jr., Esq.***
                    Donald E. Pinaud, Jr., Esq.
                    Fl. Bar # 111694
                    don@allfloridajustice.com

                    All Florida Justice
                    4530 St. Johns Avenue, Ste. 15-202
                    Jacksonville, Florida 32210
                    904.552.5500

                    Attorney for Lester Allgary

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | | |
|---|---|---|
| LESTER ALLGARY | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:20-CV-00204-MMH-JBT |
| | ) | |
| KYLE THOLL | ) | |
|     Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2022, I electronically filed the foregoing JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the United States District Court for the Middle District of Florida by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:     February 22, 2021

    Respectfully submitted,

    ***s/ Katryna Lyn Spearman, Esq.***
    Katryna Lyn Spearman, Esq.
    Ga. Bar # 616038
    kspearman@lowtherwalker.com

    Lowther | Walker LLC
    101 Marietta St., NW, Ste. 3325
    Atlanta, GA 30303
    404.496.4052
    www.lowtherwalker.com

    Attorney for Kyle Tholl